# UNITED STATES DISTRICT COURT
For the
Southern District of Florida

MARIO ANDRADE and all others similarly
Situated under 29 USC 216 (B)

      Plaintiff
      Vs.

                        **09-CV-22444-Hoeveler-Garber**

NORTH MIAMI SUPERMARKET, INC.
D/B/A FOOD GIANT SUPERMARKET
JORGE BORGES, HUGO MORALES

      Defendant

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
NORTH MIAMI SUPERMARKET, INC.
D/B/A FOOD GIANT SUPERMARKET
C/O Jose A. Bolanos – Registered Agent
2121 Ponce De Leon Blvd., Suite 950
Coral Gables, Florida 33134

      A lawsuit has been filed against you.

      Within 20 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. H. ZIDELL, P.A.
300  71st Street Suite 605
Miami Beach, Florida 33141

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 19, 2009**



**SUMMONS**

s/Vernice Thomas
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

663

# UNITED STATES DISTRICT COURT
For the
Southern District of Florida

MARIO ANDRADE and all others similarly
situated under 29 USC 216 (B)

       Plaintiff

       Vs.

**09-CV-22444-Hoeveler-Garber**

NORTH MIAMI SUPERMARKET, INC.
D/B/A FOOD GIANT SUPERMARKET
JORGE BORGES, HUGO MORALES

       Defendant

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JORGE BORGES
8050 N. Miami Avenue, Suite 1
Miami, Florida 33150

       A lawsuit has been filed against you.

       Within 20 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. H. ZIDELL, P.A.
300  71st Street Suite 605
Miami Beach, Florida 33141

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 19, 2009**



**SUMMONS**

s/Vernice Thomas
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

## UNITED STATES DISTRICT COURT
For the
Southern District of Florida

MARIO ANDRADE and all others similarly
situated under 29 USC 216 (B)

       Plaintiff

        Vs.

**09-CV-22444-Hoeveler-Garber**

NORTH MIAMI SUPERMARKET, INC.
D/B/A FOOD GIANT SUPERMARKET
JORGE BORGES. HUGO MORALES

       Defendant

### SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
HUGO MORALES
8050 N. Miami Avenue, Suite 1
Miami. Florida 33150

      A lawsuit has been filed against you.

      Within 20 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. H. ZIDELL, P.A.
300  71st Street Suite 605
Miami Beach, Florida 33141

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 19, 2009**

66ʃ



**SUMMONS**

s/Vernice Thomas
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court